AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Black, Paul M. | U.S. Bankruptcy Court, Western District of Virginia | 5/6/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

210 Church Avenue, S.W., Room 209
Roanoke, VA 24011

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Paul M. | 5/6/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Return of capital (not income), Spilman Thomas & Battle, PLLC | $134,054.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | W-2, Willow Grove of Roanoke, LLC |
| 2. 2014 | W-2, Second Presbyterian Church |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia CLE | 9/18 - 9/20, 2014 | Charlottesville, VA | CLE (faculty) | lodging, transportation and meals |
| 2. | NCBJ | 10/7 - 10/11, 2014 | Chicago, IL | Annual meeting and seminar | lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Paul M. | 5/6/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Spilman Thomas & Battle, PLLC | Investiture reception | $10,241.80 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | University of the South | College tuition | K |
| 2. | Wells Fargo | Student Loan | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Paul M. | 5/6/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BB&T | A | Interest | J | T | | | | | |
| 2. American Funds Capital Income Builder Class A | A | Dividend | | | Sold (part) | 07/28/14 | J | A | |
| 3. | | | | | Sold (part) | 10/20/14 | J | A | |
| 4. | | | | | Sold | 11/18/14 | J | A | |
| 5. American Funds Investment Company of America Class A | D | Dividend | M | T | Sold (part) | 03/10/14 | J | A | |
| 6. | | | | | Sold (part) | 06/12/14 | J | B | |
| 7. | | | | | Sold (part) | 08/25/14 | J | B | |
| 8. American Funds Capital World Growth & Income Class A | A | Dividend | K | T | Sold (part) | 09/11/14 | J | B | |
| 9. | | | | | Sold (part) | 12/29/14 | J | B | |
| 10. Conocophillips | A | Dividend | | | Sold | 05/13/14 | J | C | |
| 11. Growth Fund of America Class A | C | Dividend | K | T | Sold (part) | 07/09/14 | J | B | |
| 12. American Balanced Class A | D | Dividend | M | T | | | | | |
| 13. Washington Mutual Investors Class A | D | Dividend | M | T | | | | | |
| 14. Income Fund of America Class A | B | Dividend | L | T | | | | | |
| 15. American Funds Europacific Growth Class A | A | Dividend | K | T | | | | | |
| 16. American Funds Intermediate Bond Fund of America Class A | A | Dividend | K | T | | | | | |
| 17. American Funds Smallcap World Class A | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Paul M. | 5/6/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Amcap Class A | A | Dividend | J | T | | | | | |
| 19. Ivy Asset Strat. | A | Dividend | J | T | | | | | |
| 20. Am Cent Eq Growth Inv (see note #3) | | None | | | Closed | 02/24/14 | K | | |
| 21. Wells Fargo Stable Value (see note #3) | | None | | | Closed | 02/24/14 | K | | |
| 22. Vanguard Total Stock Mkt Idx Inv (see note #3) | | None | | | Closed | 02/24/14 | M | | |
| 23. Vanguard Target Retirement 2020 (see note #3) | | None | | | Closed | 02/24/14 | L | | |
| 24. American Funds Balanced Fund 529E | A | Dividend | J | T | | | | | |
| 25. American Funds The Bond Fund of America 529E | A | Dividend | J | T | | | | | |
| 26. American Funds Capital World Growth and Income 529E | A | Dividend | J | T | | | | | |
| 27. American Funds The Growth Fund of America - 529E | A | Dividend | J | T | | | | | |
| 28. American Funds The Investment Company of America - 529E | A | Dividend | J | T | | | | | |
| 29. American Funds Short Term Bond Fund of America - 529E | A | Dividend | | | Distributed | 12/19/14 | J | | |
| 30. American Funds Washington Mutual Investors Fund - 529E (see note #4) | | None | | | Merged (with line 29) | 02/04/14 | J | | |
| 31. New York Life Insurance Policy (see note #1) | B | Dividend | K | T | | | | | |
| 32. CEMA LLC (Roanoke, VA) (see note #2) | A | Rent | K | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Paul M. | 5/6/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Reporting person is 50% owner of this life insurance policy. Therefore, 1/2 of the total assets and income is reported. Part VII, line 31.

2. Reporting person is 10% owner of LLC. Therefore, 10% of the total assets and income is reported. Part VII, line 32.

3. These investments were rolled over from a Vanguard retirement plan into the Thift Savings Plan on February 24, 2014. Part VII, lines 20 to 23.

4. On February 4, 2014, the shares in the Washington Mutual Investors Fund - 529E were exchanged for Short Term Bond Fund of America - 529E shares. Part VII, line 30.

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Paul M. | 5/6/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul M. Black**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544